11754

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ASIA PROJECT SERVICES LTD.,

                               Case No. **08 CV 3750 (Judge Holwell)**

                Plaintiff,

  - against -                        **NOTICE PURSUANT**
                                    **FED. R. CIV. P. 7.1**

PRAXAIR INDIA PRIVATE LIMITED,
AHLERS CHINA &
AHLERS INDIA PVT. LTD.,

                Defendants.
-----------------------------------------------------------x

      Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **ASIA PROJECT SERVICES LTD.**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

      Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on April 21, 2008

                                            Respectfully submitted,

                                            JUNGE & MELE, LLP
                                            *Attorneys for Plaintiff*

                                            /s/ Peter A. Junge

                                            _____
                                            Peter A. Junge (PJ-0745)
                                            29 Broadway
                                            New York, NY 10006
                                            (212) 269-0061