11754

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

-----------------------------------------------------------x
ASIA PROJECT SERVICES LTD.,

           Plaintiff,

- against -

PRAXAIR INDIA PRIVATE LIMITED,
AHLERS CHINA, and
AHLERS INDIA PVT. LTD.,

           Defendants.
-----------------------------------------------------------x

Case No.  08 CV 3750 (RJH)

NOTICE OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41(A)
WITH ORDER

PLEASE TAKE NOTICE that there being no appearance or answer by Defendants, Plaintiff hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41 (a), without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on May 21, 2008

           Respectfully submitted,

           JUNGE & MELE, LLP
           *Attorneys for Plaintiff*

           _____
           Peter A. Junge (PJ-0745)
           29 Broadway
           New York, NY 10006
           (212) 269-0061

IT IS SO ORDERED

_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

Dated:



RECEIVED
MAY 21 2008
CHAMBERS OF
RICHARD J. HOLWELL